IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00215-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AARON CARSON CHEEK,

       Defendant.
_____

**MOTION DETERMINE COMPETENCY**
_____

     COMES NOW, Defendant Aaron Carson Cheek, through counsel, hereby moves this Court, pursuant to U.S. Const. Amend. V and IX, and 18 U.S.C. §4241 for a local psychiatric examination, or an examination to determine whether the Defendant is mentally incompetent to assist in his defense in this case.  As grounds, Defendant states:

1. Through previous counsel, Defendant is currently in the custody of the Bureau of Prisons at the Detention Center in Englewood, Colorado.

2. Undersigned counsel and the Defendant have met several times to discuss the case and decide how to proceed. Previously, Defendant was represented by the Federal Public Defender and a notice of disposition had been filed.

3. However, since the F.P.D. withdrew and undersigned counsel was appointed, the Defendant has not been able to assist with his defense or make a decision how to proceed.  Counsel believes the Defendant may be suffering from a mental disease or defect that renders the Defendant unable to properly assist his counsel in the defense and the course of Defendant's case.

4. 18 U.S.C. 4241 provides that a court shall grant a motion to determine

        competency upon satisfaction of reasonable cause if the defendant, the court or an attorney for the government raise the issue. *Dusky v. United States*, 362 U.S. 402 (1960); *United States v. Williams*, 113 F.3d 1155, 1161 (10th Cir. 1997).

5. Counsel for the Defendant is restrained to relay any verbal communications with the Defendant. Undersigned counsel observes that the Defendant is hopelessly depressed during the meetings conducted with the Defendant. In the meetings, the Defendant has been unable to assist counsel to decide how he wants to proceed even after advisement that the choice is to plea bargain or to try the case.

6. Counsel for the Defendant hereby requests that the Court commit him to the custody of the Attorney General for a reasonable period of time to psychologically evaluate the Defendant or such period of time as is necessary for Defendant to attain the capacity to permit the proceedings to go forward.

7. Counsel for the Defendant has not yet specifically conferred with counsel for the government about this motion, but will confer tomorrow, November 1, 2016, and will report the government's position to the Court.

WHEREFORE, Defendant respectfully requests that the change of plea hearing be vacated, that the Court order a psychological evaluation of the Defendant and conduct a hearing on Defendant's competency pursuant to 18 U.S.C. §4241.

Dated: October 31, 2016

                                        Respectfully submitted,

                                        s/Jonathan S. Willett
                                        Jonathan S. Willett
                                        255 Canyon Boulevard, Suite 100
                                        Boulder, Colorado 80302
                                        Telephone: (303) 832-5648
                                        Facsimile:  (303) 832-7813
                                        jwillett@willettlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this October 31, 2016, a true and correct copy of the foregoing **MOTION** was filed and served electronically via the ECF system to:

Jason St. Julien, AUSA
Jason.st.julien@usdoj.gov


 s/ Jonathan S. Willett